**ORIGINAL**

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2014 SEP 10 PM 1: 35
DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ESTEBAN GONZALEZ III | No. **1-14CR-051-C** |

## INDICTMENT

The Grand Jury Charges:

### Count One
Possession of Child Pornography and Aiding and Abetting
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2)

On or about July 23, 2013, in the Abilene Division of the Northern District of Texas and elsewhere, **Esteban Gonzalez III**, defendant, did knowingly possess, and attempt to possess, a LG cell phone, Model VM 670, Serial Number 111KPGS0905303, containing at least one image of child pornography as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer, and which computer included child pornography images depicting one or more female children under the age of eighteen (18) years engaging in sexually explicit conduct, specifically explicit conduct including, but not limited to,

Gonzalez III
Indictment - Page 1

sexual intercourse, including genital-genital, anal-genital, and oral-genital; masturbation; and the lascivious exhibition of the genitals and pubic area of said children.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.

## Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of the offense alleged in Count One and pursuant to 18 U.S.C. § 2253(a), defendant Esteban Gonzalez III shall forfeit to the United States: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense and any property traceable to such property.

The above-referenced property subject to forfeiture includes, but is not limited to, the following: a LG cell phone, Model VM 670, Serial Number 111KPGS0905303. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by

**Gonzalez III**
**Indictment - Page 3**

18 U.S.C. § 2253(b), to seek forfeiture of any other property of the said defendant up to the value of the forfeitable property described above.

TRUE BILL:

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
JUSTIN CUNNINGHAM
Assistant United States Attorney
Texas State Bar No. 24045260
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:  806.472.7559
Facsimile:  806.472.7394
E-mail:  justin.cunningham@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

ABILENE DIVISION

THE UNITED STATES OF AMERICA

v.

ESTEBAN GONZALEZ III

INDICTMENT

COUNT 1:   POSSESSION OF CHILD PORNOGRAPHY AND AIDING AND ABETTING
Title 18, United States Code, Sections 2252A(a)(5)(B) and 2.

(1 COUNT)

A true bill rendered:
Lubbock                                                                                                    Foreperson

Filed in open court this  10th  day of  September  .A.D. 2014.
                                                                                                                  Clerk

**ARREST WARRANT TO ISSUE**

UNITED STATES MAGISTRATE JUDGE